DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**N.K.,** the father,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and **STATEWIDE GUARDIAN AD LITEM OFFICE,**
Appellees.

No. 4D23-531

_____

**J.F.,** the mother,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and **STATEWIDE GUARDIAN AD LITEM OFFICE,**
Appellees.

No. 4D23-745

[August 18, 2023]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Shari Africk Olefson, Judge; L.T. Case No. 2021-293 DP.

Sean Conway, DeLand, and Roger Ally of Law Offices of Roger Ally, Hollywood, for appellant N.K., the father.

Albert W. Guffanti of Albert W. Guffanti, P.A., Miami, for appellant J.F., the mother.

Carolyn Schwarz of Children's Legal Services, Fort Lauderdale, for appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Krystle

Celine Cacci, Senior Attorney, Appellate Division, Statewide Guardian ad Litem Office, Tallahassee, for appellee Guardian ad Litem on behalf of R.K., D.K., J.M., and M.P.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***